UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| MARIA ZORRILLA and HUGO ZORRILLA,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A.; EVERBANK dba EVERHOME MORTGAGE, N.A., MTGLQ INVESTORS, and DOES 1-48,<br><br>Defendants. | Case No 5:17-cv-03865-EJD<br><br>[PROPOSED] AMENDED ORDER GRANTING STIPULATION TO ATTEND MEDIATION AND FURTHER EXTEND TIME FOR DEFENDANT MTGLQ INVESTORS, L.P., TO RESPOND TO PLAINTIFFS' COMPLAINT<br><br>Complaint Filed: July 7, 2017 |

Pursuant to the Stipulation between the Parties, Plaintiffs MARIA ZORRILLA and HUGO ZORRILLA and Defendants BANK OF AMERICA, N.A., TIAA FSB d/b/a Everbank, and MTGLQ INVESTORS, L.P., (collectively, "Parties") and good cause appearing therefor:

1. The Parties are ordered to attend through counsel, along with a representative of each Party with settlement authority either in person or available by telephone at the Party's discretion, court mediation before a mediator from the Court's ADR panel, which will be completed no later than November 13, 2017.

2. The deadline for MTGLQ to respond to Plaintiffs' Complaint is November 20, 2017.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: __October 17__, 2017

_[signature]_
Hon. Edward J. Davila

Case No 5:17-cv-03865-EJD

2

[PROPOSED] AMENDED ORDER GRANTING STIPULATION TO ATTEND MEDIATION AND FURTHER EXTEND TIME FOR DEFENDANT MTGLQ INVESTORS, L.P., TO RESPOND TO PLAINTIFFS' COMPLAINT

# CERTIFICATE OF SERVICE

*Maria Zorrilla, et al. v. Bank of America, N.A., et al.*
U.S.D.C., Northern District of California, Case No. 5:17-cv-03865-EGD

At the time of service I was over 18 years of age and not a party to this action. I am employed by EDISON, McDOWELL & HETHERINGTON LLP. My business address is 1 Kaiser Plaza. Suite 1010, Oakland, CA 94612. My business telephone number is (510) 628.2145; my business fax number is (510) 628.2146. On this date I served the following document(s):

**[PROPOSED] AMENDED ORDER GRANTING STIPULATION TO ATTEND MEDIATION AND FURTHER EXTEND TIME FOR DEFENDANT MTGLQ INVESTORS, L.P., TO RESPOND TO PLAINTIFFS' COMPLAINT**

on the person or persons listed below, through their respective attorneys of record in this action, by placing true copies thereof in sealed envelopes or packages addressed as shown below by the following means of service:

| | |
|---|---|
| Vikas Bhatnagar<br>BHATNAGAR LAW OFFICES<br>111 North Market Street, Suite 1040<br>San Jose, CA 95113<br>Tel. (408) 564-8051<br>Fax: Not Available<br>Email: vikbhat73@gmail.com | Attorneys for Plaintiff |

**Via Mail**

[ X ] By enclosing a true and correct copy thereof in a sealed envelope and, following ordinary business practices, said envelope was placed for mailing and collection in the offices of Edison, McDowell & Hetherington LLP in the appropriate place for mail collected for deposit with the United States Postal Service. I am readily familiar with the Firm's practice for collection and processing of correspondence/ documents for mailing with the United States Postal Service and that said correspondence/documents are deposited with the United States Postal Service in the ordinary course of business on this same day.

I declare that I am employed in the office of the member of the bar of this court at whose direction the service was made.

EXECUTED on October 12, 2017 at Oakland, California.

_____
Julie Goodfield