UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA ZORRILLA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A.,, et al.,<br><br>    Defendants. | Case No. 5:17-cv-03865-EJD<br><br>**ORDER TO SHOW CAUSE** |

On December 6, 2017, the court issued an order requiring the parties to file, on or before December 7, 2017, either a Notice of Settlement or a brief joint statement providing the current status of this action, and indicating whether Bank of America intends to proceed with the pending Motion to Dismiss scheduled for hearing on December 14, 2017. Dkt. No. 39. As of the time this order was filed, the parties have not complied with the December 6th order and the time for compliance has expired.

Accordingly, the parties are ordered to appear before the Honorable Edward J. Davila at **9:00 a.m. on December 14, 2017**, in Courtroom No. 4, 5th Floor, United States District Court, 280 S. First Street, San Jose, California, 95113, to show cause why the court should not impose any and all appropriate sanctions, including monetary sanctions or dismissal of this action, on the parties, or any of them, for willful disobedience of a court order.

The parties may file a response to this order demonstrating good cause why sanctions

Case No.: 5:17-cv-03865-EJD
ORDER TO SHOW CAUSE

1

should not be imposed by **4:00 p.m. on December 8, 2017**. In doing so, however, they must (1) explain their failure to comply with the December 6th order, and (2) provide the information contemplated by that order.

**IT IS SO ORDERED.**

Dated: December 8, 2017

EDWARD J. DAVILA
United States District Judge